AUSA:   Barbara Lanning          Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint     Task Force Officer:   Wallace Richards     Telephone:  (313) 202-3400

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
   v.

Samuel Dantzler

Case No.   2:25-mj-30428
Judge: Unassigned,
Filed: 07-01-2025 At 03:36 PM
CMP USA V. DANTZLER (DA)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 28, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Wallace Richards, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  July 1, 2025

City and state:  Detroit, MI

_____
*Judge's signature*

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Wallace Richards, being duly sworn, depose and state the following:

## I.    **INTRODUCTION**

1.    I am a Detective with the Detroit Police Department (DPD) and began my tenure with DPD on April 14, 2014. I am currently assigned to the ATF Detroit Field Office as a Task Force Officer (TFO), working directly with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). This partnership uses federal, state and local resources to investigate the illegal use and possession of firearms. I have years of experience investigating robberies, felonious assaults, kidnappings, non-fatal shootings, and gun-related crimes (i.e. felon in possession of firearms and ammunition.

2.    I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.      The ATF is currently conducting a criminal investigation concerning Samuel DANTZLER (DOB: XX/XX/1986), for violations of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II.      PROBABLE CAUSE

4.      I reviewed records related to DANTZLER's criminal history and learned the following:

a.      On or about March 21, 2010, DANTZLER was charged with felony murder. On December 13, 2010, DANTZLER pleaded guilty to a reduced count of second-degree murder in the Third Judicial Circuit Court, Wayne County. On or about January 20, 2011, DANTZLER was sentenced to a term of 6–15 years' incarceration with the Michigan Department of Corrections.

5.      Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the time DANTZLER has spent incarcerated or under supervision as a result of his felony conviction, and the severity of his conviction, there is probable cause to believe that DANTZLER is aware of his status as a convicted felon.

## II.      PROBABLE CAUSE

3.      On June 28, 2025, at approximately 11:15 p.m., Detroit Police officers

working a block party detail in the area of Braile Street and Orangelawn Street observed DANTZLER walking in the street. As DANTZLER walked past the officers' car, an officer saw the handle of a handgun in DANTZLER's shorts pocket.

4.      Officers stopped their car to investigate DANTZLER. DANTZLER immediately ran from the officers. As DANTZLER fled, he pulled the handgun out of his pocket and tossed it in the yard of a nearby residence.

5.      Officers continued to chase DANTZLER through the backyards of houses in the neighborhood. Eventually, DANTZLER tripped and fell, and officers placed him under arrest.

6.      Officers recovered DANTZLER's firearm—a loaded Taurus G2C 9mm handgun—from the yard of a nearby residence.

7.      On June 30, 2025, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the Taurus G2C 9mm handgun. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## III.   CONCLUSION

8.      Probable cause exists to believe that on June 28, 2025, SAMUEL DANTZLER knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g). This violation occurring

within the Eastern District of Michigan.

_____
Wallace Richards, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

_____
Honorable Elizabeth Stafford
United States Magistrate Judge

Dated: _____July 1, 2025_____

4